UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD E. CURRY, SR., | No. 2:13-cv-01789-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| TOM HEID, et al., | |
| Defendants. | |

Plaintiff, proceeding without counsel, filed his original complaint in state court nearly one year ago, on September 14, 2012. (Compl., ECF No. 1, Exh. A.) On August 29, 2013, defendants removed the action to the Sacramento division of the Eastern District of California. (ECF No. 1.) The action presently proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

While the allegations in the complaint are sparse, the underlying events — "fraud relating to Veterans benefits," "loss of Veterans benefits," "[u]nable to receive proper medical treatment and medication," and "[v]iolation of Veterans Affairs rules and regulations" — appear to have occurred at Veteran's Affairs facilities in Modesto, California. (Compl. at 9.) Therefore, the proper intra-district venue for this action is the Fresno division of this court. See E.D. Cal. L.R. 120 & Appendix A(l). The undersigned therefore orders that the action be reassigned to the Fresno division for all purposes. See E.D. Cal. L.R. 120(f) ("Whenever in any action the Court

1  finds upon its own motion . . . that the action has not been commenced in the proper court in
2  accordance with this Rule, or for other good cause, the Court may transfer the action to another
3  venue within the District).

4      The undersigned notes that plaintiff appears to have filed a largely identical complaint in
5  an action currently pending in the Fresno Division.  See Curry v. Heid, et al., 1:13-cv-01382-
6  LJO-BAM (PS).  The Clerk of Court may wish to consider the pending action when reassigning
7  this case to the Fresno division.

8      For the foregoing reasons, IT IS HEREBY ORDERED that:
9      The Clerk of Court shall REASSIGN the action to the Fresno division of this district for
10 purposes of all proceedings, and shall appropriately re-designate the case.
11 Dated:  September 6, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2