1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11    CLIFFORD E. CURRY, Sr.,                      No.  1:13-cv-01425– LJO-BAM

12                      Plaintiff,

13          v.                                      **ORDER VACATING HEARING DATE
                                                    AND TAKING MATTER UNDER**
14    TOM HEID, RICHARD MEHAFFEY,                   **SUBMISSION**
      UNITED STATES,
15                                                  **(Doc. 12).**
                      Defendant.
16

17
              Defendant United States has filed a motion to dismiss the complaint of Plaintiff Clifford
18
      Curry for lack of subject matter jurisdiction and failure to state a claim.  (Doc. 10).  The matter is
19
      currently set for hearing and decision on November 15, 2013, at 9:00 a.m. before the Honorable
20
      Judge Barbara A. McAuliffe.  On November 5, 2013, the last of the briefing was timely received.
21
      (Doc. 14).  The Court has reviewed the moving papers and has determined that this matter has
22
      been adequately briefed and is suitable for decision without oral argument.   Local Rule 230(g).
23
              Therefore, IT IS HEREBY ORDERED that:
24
              1.      The previously set hearing date of November 15, 2013, is VACATED, the parties
25
      shall not appear at that time, and the Court will take the matter under submission and will
26
      thereafter issue its decision; and
27
              2.      Defense Counsel shall immediately contact Plaintiff by telephone informing him
28
                                                      1

1  of this order and that the hearing has been vacated.

2      3.  The Clerk of the Court is DIRECTED to mail a copy of this order to Plaintiff at the

3  following addresses:

4

5      Clifford E. Curry, Sr.
       301 Standiford Avenue, #243
6      Modesto, California 95350

7      Clifford E. Curry, Sr.
       1820 Pennebaker Way, No. 274
8      Manteca, California 95336

9

10 IT IS SO ORDERED.

11     Dated:   **November 8, 2013**           /s/ *Barbara A. McAuliffe*
12                                     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28